

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2020

No. 04-19-00437-CV

**CITY OF HELOTES**,
Appellant

v.

Jean Marie **PAGE**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01629
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The panel has considered the appellant's motion for rehearing, and the motion is hereby DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2020.

_____
Michael A. Cruz,
Clerk of Court